**JS-6**

FILED
CLERK, U.S. DISTRICT COURT

MAR 20, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Sanchez, | Case No. CV 17-03184-VAP (AJWx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| Genuine Parts Company, Inc., | |
| Defendants. | |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    **IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT to retain jurisdiction for a period of 30 days to enforce the terms of the settlement. The scheduling conference set for April 2, 2018, is hereby TAKEN OFF CALENDAR as MOOT.

Dated: March 20, 2018

_____
VIRGINIA A. PHILLIPS
Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm